# UNITED STATES DISTRICT COURT
## District of Minnesota

Byron Neptaly Cabrera Quizhpe,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi, Daren Margolin, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1302 KMM/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Byron C.Q.'s Amended Petition for a Writ of Habeas Corpus (Dkt. 4) is **GRANTED**.

2. The Court **DECLARES** that Byron C.Q. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Byron C.Q. in Minnesota, **and without any new conditions,** no later than **6:00 PM on February 14, 2026**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 12:00 PM on February 15, 2026** certifying his release. If Byron C.Q. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

5. Respondents must release Byron C.Q. with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as when it was taken.

Date: 2/13/2026

KATE M. FOGARTY, CLERK